**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA CHAVIRA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CLARK COUNTY DISTRICT ATTORNEY, et al.,<br><br>　　　　　　　　　Defendants. | 3:20-cv-00057-RCJ-CLB<br><br>**ORDER** |

**I.　DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*. On February 28, 2020, the Court ordered Plaintiff to file an application to proceed *in forma pauperis* or pay the full filing fee. (ECF No. 3.) On March 25, 2020, Plaintiff filed a motion for extension of time to file the *in forma pauperis* application or pay the full filing fee. The Court grants the motion for extension of time (ECF No. 4) and gives Plaintiff thirty (30) days from the date of this order to comply.

**II.　CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's motion to extent time (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing

fee and the $50 administrative fee).

**IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, the court will enter a report and recommendation to dismiss this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

**DATED:** March 30, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**