UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CHAVIRA,<br><br>               Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DISTRICT ATTORNEY, *et al.*,<br><br>               Defendants. | Case No.: 3:20-CV-00057-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 8) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 8[1]) entered on May 5, 2020, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 6) and file his Complaint (ECF No. 1-1) and the Complaint be dismissed without prejudice.  No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 8) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND.**

**IT IS FURTHER ORDERED** that the Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge